JS-6

David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Attorneys for Defendants
Marshell International, Inc. and Dong Li

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CUSTOM GOLF CARS, INC., a California corporation, and REINIER HOOGENRAAD,<br><br>Plaintiffs,<br><br>v.<br><br>MARSHELL INTERNATIONAL, INC., a California corporation, SHENZHEN MARSHELL GREEN POWER CO., LTD., a Chinese corporation doing business in California; DONG LI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV 14-01926 DOC (ANx)<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ACTION [20] |

---

61037269.1

[PROPOSED] ORDER RE DISMISSAL

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. All Defendants are hereby dismissed with prejudice from this action; and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: May 21, 2015

*David O. Carter*
Hon. David O. Carter
United States District Court Judge